UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT JEROME and KAREN JEROME, husband and wife,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and RANDALL GILLINGHAM, doing business as Castle Construction & Materials,<br><br>                Defendants. | NO:  2:14-CV-406-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT RANDALL GILLINGHAM DOING BUSINESS AS CASTLE CONSTRUCTION & MATERIALS |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss Defendant Randall Gillingham, ECF No. 40.  Having reviewed the Motion and the record, the Court finds good cause to dismiss Defendant Gillingham as requested.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Defendant Randall Gillingham, doing business as Castle Construction & Materials, **ECF No. 40**, is **GRANTED**.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
RANDALL GILLINGHAM & MATERIALS ~ 1

2. All claims against Defendant Randall Gillingham, doing business as Castle Construction & Materials, are **dismissed with prejudice and without costs to any party**.

3. All claims against Defendant United States remain pending.

4. Any future captions shall be amended accordingly.

The District Court Clerk is directed to enter this Order, **to terminate Randall Gillingham, doing business as Castle Construction & Materials**, and to provide copies of this Order to counsel.

**DATED** this 16th day of August 2016.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        United States District Judge