UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT JEROME and KAREN JEROME,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | NO: 2:14-CV-406-RMP<br><br>ORDER OF DISMISAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Joint Stipulation for Voluntary Dismissal with Prejudice, ECF No. 53.  Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly,

**IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation for Voluntary Dismissal, **ECF No. 53**, is **APPROVED**.  Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 26th day of October 2016.

                          *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                            United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2